HOTALING, Respondent, v. JAMES STEWART & CO., Inc., Appellant. (Supreme Court, Appellate Division, Third Department. January 15, 1915.) Action by John Hotaling against James Stewart & Co., Incorporated.

No opinion. Motion denied. See, also, 151 N. Y. Supp. 415.